In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-494 CR


NO. 09-08-495 CR


____________________



DARRELL WAYLAND NICHOLS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause Nos. 08-02706 and 08-02723






MEMORANDUM OPINION


 On October 27, 2008, the trial court sentenced Darrell Wayland Nichols on 
convictions for burglary of a building. Nichols filed a notice of appeal in both cases on
November 13, 2008. The trial court entered certifications of the defendant's right to appeal
in which the court certified that these are plea-bargain cases and the defendant has no right
of appeal. See Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's
certifications to the Court of Appeals.

 On November 17, 2008, we notified the parties that we would dismiss the appeals 
unless amended certifications were filed within fifteen days of the date of the notice and
made a part of the appellate records. See Tex. R. App. P. 25.2(f). The records have not been
supplemented with amended certifications.

 Because the records do not contain a certification that show the defendant has the right
of appeal, we must dismiss the appeals. See Tex. R. App. P. 25.2(d). Accordingly, we
dismiss the appeals for want of jurisdiction.

 APPEALS DISMISSED. 

 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered December 17, 2008

Do not publish


Before Gaultney, Kreger, and Horton, JJ.